In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-489 CR


____________________



LORI ANN WALKER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Jefferson County, Texas


Trial Cause No. 250447






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Lori Ann Walker, to
withdraw her notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered November 29, 2006

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.